UNITED STATES DISTRICT COURT  
WESTERN DISTRICT OF TENNESSEE  
WESTERN DIVISION

| | |
|---|---|
| **MARY COBURN** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **FROSTY TREATS, INC.** | **CASE NO: 03-2632-D** |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Administratively Closing Case entered on May 13, 2005, this cause is hereby dismissed.

**APPROVED:**

*(signature)*

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

May 16, 2005
Date

ROBERT R. DI TROLIO
Clerk of Court

*(signature)*
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  5-19-05

28

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:03-CV-02632 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Jock M. Smith
THE COCHRAN FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Julian Taylor Bolton
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Kenneth R. Rudstrom
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT