IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE, WESTERN DIVISION AT MEMPHIS

MARY COBURN, Individually and as
the natural mother and next of kin to
NICHOLAS COBURN, deceased, and
MAJOR COBURN, Individually and as
natural father and next of kin to
NICHOLAS COBURN, deceased,

    Plaintiffs,

vs.                                CIVIL ACTION NO. 03-2632 - Donald
                                       JURY DEMANDED

DEBRA M. TRAMMEL and
FROSTY TREATS, INC.,

    Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

COME now the parties, by and through Plaintiff's and Defendant's attorneys of record, and announce to the Court that the matters and things in controversy have been compromised and settled pursuant to the terms of the release and settlement agreement, and that this cause may be dismissed, with prejudice.

IT IS, THEREFORE, BY THE COURT, ORDERED, ADJUDGED AND DECREED that the above-styled and numbered cause be, and the same hereby is, dismissed with prejudice, with each party to bear their own costs.

_____
JUDGE

May 20, 2005
ENTERED

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __5-24-05__

**APPROVED FOR ENTRY:**

THE COCHRAN FIRM - MEMPHIS

By: _____
Jock Smith
David A. McLaughlin
Danese K. Banks
Attorneys for Plaintiffs
One Commerce Sq., 26th Floor
Memphis, TN 38103
(901) 523-1222


SPICER, FLYNN, & RUDSTROM, P.L.L.C.

By: _____
Kenneth R. Rudstrom
Attorney for Defendant
80 Monroe Avenue, Suite 500
Memphis, Tennessee 38103
(901) 523-1333

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:03-CV-02632 was distributed by fax, mail, or direct printing on May 24, 2005 to the parties listed.

---

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Jock M. Smith
THE COCHRAN FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Kenneth R. Rudstrom
SPICER FLYNN & RUDSTROM
80 Monroe Ave.
Ste. 500
Memphis, TN 38103

Julian Taylor Bolton
THE COCHRAN LAW FIRM
One Commerce Square
26th Floor
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT